UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AUDRICK PAYNE,** | : | |
| | : | |
| Plaintiff, | : | Case Number: 2008-cv- 00163 (CKK) |
| | : | Judge Colleen Kollar-Kotelly |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA**, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

*PRAECIPE*

Defendant District of Columbia, by and through undersigned counsel, submits this *praecipe* informing the Court that Plaintiff's Counsel, David A. Branch, has consented to District of Columbia's Motion for an Extension of Time to File a Responsive Pleading.

Date: April 7, 2008

                                      Respectfully submitted,

                                      PETER J. NICKLES
                                      Interim Attorney General for the District of Columbia

                                      GEORGE C. VALENTINE
                                      Deputy Attorney General
                                      Civil Litigation Division

                                      ___*/s/ Toni Michelle Jackson*_____
                                      Toni Michelle Jackson [453765]
                                      Interim Chief, General Litigation, Section III
                                      Civil Litigation Division

                                      ___*/s/ Kerslyn D. Featherstone*_____
                                      KERSLYN D. FEATHERSTONE [422968]
                                      Assistant Attorney General
                                      441 4th Street, N.W.
                                      6th Floor South
                                      Washington, D.C. 20001
                                      P(202) 724-6600
                                      F(202) 727- 3625