UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDRICK PAYNE, : | |
| : | |
| Plaintiff, : | Case Number: 2008-cv- 00163 (CKK) |
| : | Judge Colleen Kollar-Kotelly |
| v. : | |
| : | |
| DISTRICT OF COLUMBIA, *et al.*, : | |
| : | |
| Defendants. : | |
| : | |

## MOTION FOR A TWO-DAY EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

Defendant District of Columbia ("District"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. Rule 6(b), hereby respectfully requests that the Court grant the District an additional two-day extension of time to file a responsive pleading in this matter.

A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto. The undersigned contacted Plaintiff's counsel, pursuant to LCvR7(m), and left a message for his position on the District's request. As of the filing of this motion, plaintiff has not indicated his position.

Date: May 5, 2008

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

      ___*/s/ Toni Michelle Jackson*_____
      Toni Michelle Jackson [453765]
      Interim Chief, General Litigation, Section III
      Civil Litigation Division

      __*/s/ Kerslyn D. Featherstone*_____
      KERSLYN D. FEATHERSTONE [422968]
      Assistant Attorney General
      441 4th Street, N.W.
      6th Floor South
      Washington, D.C. 20001
      P(202) 724-6600
      F(202) 727-3625

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AUDRICK PAYNE,** | : | |
| | : | |
| **Plaintiff,** | : | Case Number: 2008-cv- 00163 (CKK) |
| | : | Judge Colleen Kollar-Kotelly |
| vi. | : | |
| | : | |
| **DISTRICT OF COLUMBIA**, *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DISTRICT OF COLUMBIA'S MOTION FOR A TWO-DAY EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

The District of Columbia (hereinafter "the District"), by and through counsel, respectfully move this Honorable Court, pursuant to Fed. R. Civ. P. 6(b), to grant the District an additional two-day extension of time to file a responsive pleading. In support of this motion, the District states the following:

1. The Summons and Complaint were served on March 17, 2008;

2. A responsive pleading was due on or before April 7, 2008;

3. The District was given a thirty-day extension, until May 7, 2008, to file a responsive pleading by this Court on April 7, 2008.

4. While preparing the District's response in this matter, the undersigned experienced computer failure, which resulted in the District's motion being lost.

3

5. The undersigned contacted the District's IT department to obtain assistance with this matter. However, the help desk technician was unable to locate the document and assigned the undersigned a ticket number for further resolution.[1]

6. The undersigned has taken on the task of attempting to manually re-create the document in the event the IT department is ultimately unable to locate the lost document.

7. The undersigned requests two additional days, until May 9, 2008, to file its responsive pleading.

8. Rule 6(b) of the Federal Rules of Civil Procedure gives the Court authority to grant parties additional time to comply with any deadline imposed by other enumerated rules.[2] The Court has wide discretion to grant such motions. *In re Buckingham Super Markets, Inc.*, 534 F.2d 976 (D.C. Cir. 1976). Given the facts discussed in the motion, the District respectfully requests that the Court grant the extension.

9. The granting of this motion will not prejudice any party herein, nor will it interfere with the fair and efficient administration of justice.

**WHEREFORE**, the based on the foregoing, the District requests a thirty day extension of time to file a responsive pleading.

Date: May 5, 2008.

>Respectfully submitted,
>
>PETER J. NICKLES
>Interim Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General
>Civil Litigation Division

---

[1] See Copy of email from help desk attached hereto as Exh. 1.
[2] Rule 6(b) lists certain exceptions—Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)—none of which are applicable herein.

       */s/ Toni Michelle Jackson*
Toni Michelle Jackson [453765]
Interim Chief, General Litigation, Section III
Civil Litigation Division

  */s/ Kerslyn D. Featherstone*
KERSLYN D. FEATHERSTONE [422968]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
P(202) 724-6600
F(202) 727-3625

**Featherstone, Kerslyn D. (OAG)**

From: Willis, Timothy (OCTO-Contractor)
Sent: Monday, May 05, 2008 7:49 PM
To: Featherstone, Kerslyn D. (OAG)
Subject: Ticket 358930

Ms. Featherstone,

The above mentioned ticket 358930 has been generated for desk side assistance re: document recovery.

If you have any questions, concerns, or issues please contact the DC Customer Helpdesk at 202-671-1566.

Regards,

Tim Willis
Tier 1 Technician, IT ServUs
Office of the Chief Technology Officer
Government of the District of Columbia
441 4th Street NW, Suite 707N
Office 202 671-1566
FAX: 202 727-1012
Email: timothy.willis@dc.gov
Website: www.dc.gov

Confidentiality Notice: This e-mail message, including any attachments, is intended only for the person or entity to which it is addressed and contains information which may be confidential, legally privileged, proprietary in nature, or otherwise protected by law from disclosure. If you received this message in error, you are hereby notified that reading, sharing, copying, or distributing this message, or its contents, is prohibited. If you have received this message in error, please telephone or reply to me immediately and delete all copies of the message.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AUDRICK PAYNE,** | : | |
| | : | |
| Plaintiff, | : | Case Number: 2008-cv- 00163 (CKK) |
| | : | Judge Colleen Kollar-Kotelly |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA**, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Upon consideration of the District's Motion for a Two-Day Extension of Time to File a Responsive Pleading, the Memorandum of Points and Authorities in support thereof, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2008,

**ORDERED:**  That the motion be, and the same hereby is, **GRANTED**; and it is further

**ORDERED:**  That the District's Response is due on or before May 9, 2008.

 

_____
COLLEEN KOLLAR-KOTELLY, Judge
United States District Court for the District of Columbia

Copies to:

Kerslyn D. Featherstone
Assistant Attorney General
441 4TH Street, NW,
Washington, DC  20001

David Branch, Esq.
1825 Connecticut Avenue N.W.
Suite 690
Washington,  DC 20009

1