UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| AUDRICK PAYNE | ) | |
| | ) | |
|       PLAINTIFF | ) | |
|   v. | ) | Civil Action No. 08-0163 (CKK) |
| | ) | Jury Trial Demand |
| DISTRICT OF COLUMBIA GOVERNMENT | ) | |
| Et al. | ) | |
|       DEFENDANTS | ) | |
| _____ | ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT CANAVAN**

Comes now the Plaintiff Audrick Payne ("Plaintiff" or "Payne"), by and through his attorneys, and files this Motion for Extension of Time to Serve Defendant Canavan, and in support thereof, states as follows.

This complaint was filed on or about January 30, 2008. All defendants have been served, with the exception of Defendant Patrick Canavan. Despite the best efforts of the process server, Plaintiff has been unable to serve Defendant Canavan. Plaintiff requests and additional thirty days to serve Defendant Canavan.

                            Respectfully submitted,

                                 */s/ David A. Branch*

                        David A. Branch #437864
                        Law Office of David A. Branch
                        1825 Connecticut Avenue, NW
                        Suite 690
                        Washington, D.C. 20009
                        (202) 785-2805

2

**<u>Certificate of Service</u>**

I hereby certify this 28th day of May 2008 that the foregoing copy of Plaintiff's Motion for Extension of Time to Serve Defendant Canavan was served by electronic mail to counsel listed below:

Kerslyn D. Featherstone kerslyn.featherstone@dc.gov
Assistant Attorney General
District of Columbia Government
441 4th Street, NW
Washington, DC 20001

                                                       */s/ David A. Branch*
                                                  David A. Branch