AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Audrick Payne

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia Government, et al.

Case: 1:08-cv-00163
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 1/28/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Lisa Morgan
Former Director, D.C. Consumer and Regulatory Affairs
941 North Capitol Street NE, Suite 9500
Washington, D.C. 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David A. Branch
1825 Connecticut Avenue NW, Suite 690
Washington, D.C. 20009

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN 28 2008

CLERK                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 5/21/08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Lorenzo Kenerson | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Lisa Morgan, Individually and as the Former Director of the DC Consumer and Regulatory Affairs at 73 G Street, SW, # 103, Washington, DC 20024

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/22/08
             Date                    Signature of Server

*Address of Server*
Washington Pre-Trial Services, Inc.
4626 Wisconsin Avenue NW #300
Washington, DC 20016

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.