UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| AUDRICK PAYNE ) | |
| ) | |
| PLAINTIFF ) | |
| v. ) | Civil Action No. 08-0163 (CKK) |
| ) | Jury Trial Demand |
| DISTRICT OF COLUMBIA GOVERNMENT ) | |
| Et al. ) | |
| DEFENDANTS ) | |
| ) | |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT NICHOLAS MAJETT

Comes now the Plaintiff Audrick Payne ("Plaintiff" or "Payne"), by and through his attorneys, and files this Motion for Extension of Time to Serve Defendant Nicholas Majett, and in support thereof, states as follows.

This complaint was filed on or about January 30, 2008. Plaintiff previously requested an extension to serve Defendant Canavan and represented to the court that all defendants had been served, with the exception of Defendant Patrick Canavan. This representation was based on correspondence from counsel's process server that he was having difficultly serving only Defendant Canavan. After filing that motion, Counsel rechecked the file and realized that there was no affidavit for return of service on Defendant Majett. The process server has just confirmed that Defendant Majett has not been served and is evading service. Despite the best efforts of the process server, Plaintiff has been unable to serve Defendant Majett. Counsel has provided this

explanation to explain to the court that there was an unintentional erroneous statement in the prior motion. Plaintiff requests an additional thirty days to serve Defendant Majett.

        Respectfully submitted,

        /s/ David A. Branch

David A. Branch #437864
Law Office of David A. Branch
1825 Connecticut Avenue, NW
Suite 690
Washington, D.C. 20009
(202) 785-2805

## Certificate of Service

I hereby certify this 29th day of May 2008 that the foregoing copy of Plaintiff's Motion for Extension of Time to Serve Defendant Majett was served by electronic mail to counsel listed below:

Kerslyn D. Featherstone kerslyn.featherstone@dc.gov
Assistant Attorney General
District of Columbia Government
441 4th Street, NW
Washington, DC 20001

        /s/ David A. Branch
        David A. Branch