UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AUDRICK PAYNE,** | : | |
| | : | |
| **Plaintiff,** | : | Case Number: 2008-cv- 00163 (CKK) |
| | : | |
| **v.** | : | |
| | : | |
| **DISTRICT OF COLUMBIA**, *et al.,* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

# MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING *NUNC PRO TUNC*

Defendant Linda Argo ("Argo") by and through undersigned counsel and pursuant to Fed. R. Civ. P. Rule 6(b), hereby respectfully requests that the Court grant her a thirty-day extension of time, *nunc pro tunc,* to file a responsive pleading in this matter, up to and including June 30, 2008. The undersigned, on behalf of Linda Argo, just learned that defendant Argo had been served with a summons and complaint and needs additional time to file a responsive pleading on her behalf.

A Memorandum of Points and Authorities in support of this Motion for an Extension of Time is attached hereto. The undersigned contacted Plaintiff's counsel, pursuant to LCvR7(m), and left a message for his position on defendant Argo's request. As of the filing of this motion, plaintiff has not indicated his position, therefore, the motion should be treated as contested.

Date: May 30, 2008

                                                    Respectfully submitted,

                                                  PETER J. NICKLES
                                                  Interim Attorney General for the District of Columbia

                                                  GEORGE C. VALENTINE
                                                  Deputy Attorney General
                                                  Civil Litigation Division

       */s/ Toni Michelle Jackson*
Toni Michelle Jackson [453765]
Interim Chief, General Litigation Section III
Civil Litigation Division

   */s/ Kerslyn D. Featherstone*
KERSLYN D. FEATHERSTONE [422968]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
P(202) 724-6600
F(202) 727-3625

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AUDRICK PAYNE,** : | |
| : | |
| **Plaintiff,** : | Case Number: 2008-cv- 00163 (CKK) |
| : | |
| vi. : | |
| : | |
| **DISTRICT OF COLUMBIA**, *et al.*, : | |
| : | |
| **Defendants.** : | |
| : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF LINDA ARGO'S MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING *NUNC PRO TUNC***

Defendant Argo, by and through counsel, respectfully moves this Honorable Court, pursuant to Fed. R. Civ. P. 6(b), to grant her a thirty-day extension of time to file a responsive pleading *nunc pro tunc*, up to and including June 30, 2008. In support of this motion, defendant Argo states the following:

1. The Summons and Complaint were served on May 7, 2008;

2. A responsive pleading was due on or before May 27, 2008;

3. On May 29, 2008, the undersigned learned that plaintiff served defendant Argo after plaintiff filed an affidavit of service. *See* Docket Entry #14.

4. Rule 6(b) of the Federal Rules of Civil Procedure gives the Court authority to grant parties additional time to comply with any deadline imposed by other enumerated rules.[1] The Court has wide discretion to grant such motions. *In re Buckingham Super Markets, Inc.*, 534 F.2d 976 (D.C. Cir. 1976). Given the facts discussed in the motion, defendant Argo respectfully requests that the Court grant the extension *nunc pro tunc*.

---

[1] Rule 6(b) lists certain exceptions–Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)– none of which are applicable

3

5. The granting of this motion will not prejudice plaintiff herein, as he filed the affidavit of service on May 28, 2008 and has not begun in this matter, nor will it interfere with the fair and efficient administration of justice.

**WHEREFORE**, based on the foregoing, defendant Argo respectfully requests a thirty day extension of time to file a responsive pleading *nunc pro tunc*, up to and including June 30, 2008.

Date: May 30, 2008.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    ___/s/ Toni Michelle Jackson_____
    Toni Michelle Jackson [453765]
    Interim Chief, General Litigation Section III
    Civil Litigation Division

    ___/s/ Kerslyn D. Featherstone_____
    KERSLYN D. FEATHERSTONE [422968]
    Assistant Attorney General
    441 4th Street, N.W.
    6th Floor South
    Washington, D.C. 20001
    P(202) 724-6600
    F(202) 727-3625

---

herein.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AUDRICK PAYNE,** | : | |
| | : | |
| Plaintiff, | : | Case Number: 2008-cv- 00163 (CKK) |
| | : | |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA**, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## ORDER

Upon consideration of defendant Linda Argo's Motion for a Thirty-Day Extension of Time to File a Responsive Pleading, *nunc pro tunc*, the Memorandum of Points and Authorities in support thereof, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2008,

**ORDERED:**  That the motion be, and the same hereby is, **GRANTED**; and it is further

**ORDERED:**  That defendant Argo's response is due on or before June 30, 2008.

_____
COLLEEN KOLLAR-KOTELLY, Judge
United States District Court for the District of Columbia

Copies to:

Kerslyn D. Featherstone, Esq.
*Counsel for Defendants*

David Branch, Esq.
*Counsel for Plaintiff*

1