**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| **AUDRICK PAYNE** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| v. | ) | **Civil Action No. 08-0163 (CKK)** |
| | ) | **Jury Trial Demand** |
| **DISTRICT OF COLUMBIA GOVERNMENT** | ) | |
| **Et al.** | ) | |
| **DEFENDANTS** | ) | |
| _____ | ) | |


### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO DISMISS

Comes now the Plaintiff Audrick Payne ("Plaintiff" or "Payne"), by and through his attorneys, and files this Motion for Extension of Time to File Opposition to Defendant District of Columbia's Motion to Dismiss, and in support thereof, states as follows.

Defendant District of Columbia has filed a motion to dismiss some claims in the amended complaint. Plaintiff's opposition is due on June 5, 2008. Plaintiff requests a two week extension of time until June 19, 2008 to file his opposition. Since the motion was filed, Plaintiff's counsel has had to complete briefs for three dispositive motions, and attend other court commitments, including court hearings, depositions, and client matters, and needs additional time to complete the opposition. In addition, over the next week to ten days, counsel must travel to Chicago for a client meeting, respond to two dispositive motions, and has oral arguments on a dispositive motion in the U.S. District Court of Maryland before Judge Roger Titus. Plaintiff believes he has a meritorious defense to the motion and this motion is not being filed to cause any unnecessary delay.

Wherefore Plaintiff requests an extension through June 19, 2008 to file the opposition to the motion to dismiss. Plaintiff sought the consent of Defendant's counsel to this motion, and Defendant's counsel did not respond by email with Defendant's position before this motion was filed, but her email indicated she was out of town until June 9, 2008.

Respectfully submitted,

*/s/ David A. Branch*

David A. Branch #437864
Law Office of David A. Branch
1825 Connecticut Avenue, NW
Suite 690
Washington, D.C. 20009
(202) 785-2805

**<u>Certificate of Service</u>**

I hereby certify this 5th day of June 2008 that the foregoing copy of Plaintiff's Motion for Extension of Time to File Opposition to Defendant District of Columbia's Motion to Dismiss was served by electronic mail to counsel listed below:

Kerslyn D. Featherstone
kerslyn.featherstone@dc.gov
Assistant Attorney General
District of Columbia Government
441 4th Street, NW
Washington, DC 20001

<u>      */s/ David A. Branch*   </u>
David A. Branch