UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AUDRICK PAYNE,** | : | |
| | : | |
| **Plaintiff,** | : | Case Number: 2008-cv- 00163 (CKK) |
| | : | |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA**, *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## DEFENDANT LISA MORGAN'S MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

Defendant Lisa Morgan ("Morgan"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. Rule 6(b), hereby respectfully requests that the Court grant her a thirty-day extension of time to file a responsive pleading in this matter, up to and including July 10, 2008. The undersigned just learned that defendant Morgan, a former employee of the District of Columbia Department of Consumer and Regulatory Affairs, is requesting that the District represent her in this mater. Therefore, additional time is needed to file a responsive pleading on her behalf.

A Memorandum of Points and Authorities in support of this Motion for an Extension of Time is attached hereto. The undersigned contacted Plaintiff's counsel, pursuant to LCvR7(m), and left a message for his position on defendant Morgan's request. As of the filing of this motion, plaintiff has not indicated his position, therefore, the motion should be treated as contested.

Date: June 9, 2008.

                                      Respectfully submitted,

                                      PETER J. NICKLES
                                      Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

___/s/ *Toni Michelle Jackson*_____
Toni Michelle Jackson [453765]
Interim Chief, General Litigation Section III
Civil Litigation Division

__/s/ *Kerslyn D. Featherstone*_____
KERSLYN D. FEATHERSTONE [478758]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
P(202) 724-6600
F(202) 727-3625

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDRICK PAYNE, : | |
| : | |
| Plaintiff, : | Case Number: 2008-cv- 00163 (CKK) |
| : | |
| v. : | |
| : | |
| DISTRICT OF COLUMBIA, *et al.*, : | |
| : | |
| Defendants. : | |
| : | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT LISA MORGAN'S MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

Defendant Morgan, by and through counsel, respectfully moves this Honorable Court, pursuant to Fed. R. Civ. P. 6(b), to grant her a thirty-day extension of time to file a responsive pleading, up to and including July 10, 2008. In support of this motion, defendant Morgan states the following:

1. The Summons and Complaint were served on May 21, 2008;

2. A responsive pleading was due on or before June 10, 2008;

3. On May 29, 2008, the undersigned learned that plaintiff served defendant Morgan after plaintiff filed an affidavit of service. *See* Docket Entry #15.

4. The undersigned was just informed that Defendant Morgan has sought representation in this matter.

5. Rule 6(b) of the Federal Rules of Civil Procedure gives the Court authority to grant parties additional time to comply with any deadline imposed by other enumerated rules.[1] The

---

[1] Rule 6(b) lists certain exceptions–Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)– none of which are applicable

Court has wide discretion to grant such motions. *In re Buckingham Super Markets, Inc.*, 534 F.2d 976 (D.C. Cir. 1976). Given the facts discussed in the motion, defendant Morgan respectfully requests that the Court grant the extension.

6. The granting of this motion will not prejudice plaintiff herein, as he filed the affidavit of service on May 28, 2008 and discovery has not begun in this matter, nor will it interfere with the fair and efficient administration of justice.

**WHEREFORE**, based on the foregoing, defendant Morgan respectfully requests a thirty day extension of time to file a responsive pleading, up to and including July 10, 2008.

Date: June 9, 2008.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        ___*/s/ Toni Michelle Jackson*_____
        Toni Michelle Jackson [453765]
        Interim Chief, General Litigation Section III
        Civil Litigation Division

        ___*/s/ Kerslyn D. Featherstone*_____
        KERSLYN D. FEATHERSTONE [478758]
        Assistant Attorney General
        441 4th Street, N.W.
        6th Floor South
        Washington, D.C. 20001
        P(202) 724-6600
        F(202) 727-3625

---

herein.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AUDRICK PAYNE,** | : | |
| | : | |
| **Plaintiff,** | : | Case Number: 2008-cv- 00163 (CKK) |
| | : | |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA**, *et al.,* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

Upon consideration of defendant Lisa Morgan's Motion for a Thirty-Day Extension of Time to File a Responsive Pleading, the Memorandum of Points and Authorities in support thereof, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2008,

**ORDERED:**  That the motion be, and the same hereby is, **GRANTED**; and it is further

**ORDERED:**  That defendant Morgan's response is due on or before July 10, 2008.

_____
COLLEEN KOLLAR-KOTELLY, Judge
United States District Court for the District of Columbia

Copies to:

Kerslyn D. Featherstone, Esq.
*Counsel for Defendants*

David Branch, Esq.
*Counsel for Plaintiff*