UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| AUDRICK PAYNE )<br>)<br>PLAINTIFF )<br>v. )<br>)<br>DISTRICT OF COLUMBIA GOVERNMENT )<br>Et al. )<br>DEFENDANTS )<br>_____ ) | Civil Action No. 08-0163 (CKK)<br>Jury Trial Demand |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT NICHOLAS MAJETT

Comes now the Plaintiff Audrick Payne ("Plaintiff" or "Payne"), by and through his attorneys, and files this Motion for Extension of Time to Serve Defendant Nicholas Majett, and in support thereof, states as follows.

Plaintiff previously requested an extension to serve Defendant Majett and the court permitted Plaintiff until June 27, 2008 to serve Defendant Majett. Plaintiff requests an additional thirty days to serve Defendant Majett. The process server has confirmed that service has been attempted on Defendant Majett on at least ten occasions, and Defendant Majett is evading service. See Affidavit of Due Diligence (Attached). Despite the best efforts of the process server, Plaintiff has been unable to serve Defendant Majett. Plaintiff requests an additional thirty days to serve Defendant Majett.

Respectfully submitted,

*/s/ David A. Branch*

David A. Branch #437864
Law Office of David A. Branch

        1825 Connecticut Avenue, NW
        Suite 690
        Washington, D.C. 20009
        (202) 785-2805

**Certificate of Service**

I hereby certify this 26th day of June 2008 that the foregoing copy of Plaintiff's Motion for Extension of Time to Serve Defendant Majett was served by electronic mail to counsel listed below:

Kerslyn D. Featherstone kerslyn.featherstone@dc.gov
Assistant Attorney General
District of Columbia Government
441 4th Street, NW
Washington, DC 20001

                                                    */s/ David A. Branch*
                                                David A. Branch

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Audrick F. Payne
Plaintiff(s)

Case Number: 1:08-cv-00163

vs

District of Columbia et al.
Defendant(s)

## AFFIDAVIT OF DUE DILIGENCE

The undersigned hereby certifies that he attempted service of Summons and Complaint upon **NICHOLAS MAJETT** at 7223 24th Place, Hyattsville, MD 20783 on the following dates and times:

| | | | |
|---|---|---|---|
| 6/12/08 at 7:18 pm | no answer | 6/14/08 at 4:50 pm | someone inside but would not answer the door |
| 6/15/08 at 6:30 am | no answer | 6/18/08 at 5:48 pm | car was being washed in the driveway but no one would answer the door |
| 6/21/08 at 7:52 pm | no answer | 6/23/08 at 9:40 pm | lights were on and a person was seen through the blinds, but no one would answer the door |
| 6/24/08 at 10:16 pm | no answer | 6/25/08 at 7:06 pm | no answer |
| 6/26/08 at 6:32 am | no answer | | |

Maryland State Department of Assessments and Taxation reports that fee simple title to 7223 24th Place, Hyattsville, MD is vested in Nicholas A. Majett.

Service was also attempted on 5/7/08, 5/8/08, and 5/12/08 at the office address of 941 N. Capital Street NE, Washington, DC 20002 where Defendant was 'not available'. Messages were left but Defendant did not call. Service was also attempted on 5/19/08 and 5/23/08 at 6936 9th Street NW, Washington, DC 20012 (titled to Vera M. Majett) where, although occupied on both occasions, no one would answer the door.

On information and belief, Defendant is purposefully evading service of process.

The undersigned further certifies that his place of business is 4626 Wisconsin Avenue NW #300, Washington, DC 20016; that he is over the age of 18 years; and that he is not a party to this action.

I solemnly declare and affirm under penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information, and belief.

Date: June 26, 2008

LORENZO KENERSON
Washington Pre-Trial Services, Inc

NOTARY

Sworn and subscribed before me
on June 26, 2008

_____ (seal)
Kirk A. Hornbeck
Notary Public: District of Columbia
My Commission Expires 10/31/09