UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AUDRICK PAYNE,** : | |
| : | |
| **Plaintiff,** : | Case Number: 2008-cv- 00163 (CKK) |
| : | |
| v. : | |
| : | |
| **DISTRICT OF COLUMBIA***, et al.,* : | |
| : | |
| **Defendants.** : | |
| : | |

### DEFENDANTS LISA MORGAN, LINDA ARGO AND PATRICK CANAVAN'S SUPPLEMENT TO THEIR PARTIAL MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendants Lisa Morgan, Linda Argo, and Patrick Canavan (hereinafter "Defendants"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. Rs. 12(b)(6) and 56 hereby supplement their previously filed Motion to this Court to dismiss Counts VII, VIII, and IX of the Amended Complaint filed against the Defendants or, in the alternative, to grant summary judgment in favor of the Defendants with an additional argument.

Plaintiff filed suit against defendants Lisa Morgan, Linda Argo, and Patrick Cananvan in their official capacities as Director and Former Directors of D.C. Consumer and Regulatory Affairs ("DCRA"). *See* Amended Complaint at 2, ¶ 4. It is well settled that a suit against the Director, Linda Argo and former Directors, Lisa Morgan and Patrick Canavan, in their official capacity is equivalent to a suit against the District itself. *See Atchinson v. District of Columbia*, 73 F.3d 418, 424 (D.C. Cir. 1996) (internal citations omitted) ("When sued in their official capacities, government officials are not personally liable for damages … A section 1983 suit for damages against municipal officials in their official capacities is thus equivalent to a suit against the municipality itself."). Therefore, assuming that the plaintiff is suing defendants in their official

capacity, he is in essence suing the District, who is already a party in this action. Consequently, the court should dismiss all claims against defendants Lisa Morgan, Linda Argo and Patrick Cananvan, with prejudice.

Dated: July 22, 2008,

    Respectfully submitted,

    PETER J. NICKLES
    Acting Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    ___/s/ Toni Michelle Jackson_____
    Toni Michelle Jackson [453765]
    Chief, General Litigation Section III
    Civil Litigation Division

    ___/s/ Kerslyn D. Featherstone_____
    KERSLYN D. FEATHERSTONE [478758]
    Assistant Attorney General
    441 4th Street, N.W.
    6th Floor South
    Washington, D.C. 20001
    P(202) 724-6600
    F(202) 727-3625

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AUDRICK PAYNE,** | : | |
| | : | |
| **Plaintiff,** | : | Case Number: 2008-cv- 00163 (CKK) |
| | : | |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA**, *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**AMENDED STATEMENT OF MATERIAL FACTS TO WHICH THERE IS NO GENUINE DISPUTE**

Defendants Lisa Morgan, Linda Argo, and Patrick Canavan, by and through undersigned counsel, submits the following statement of material facts as to which there is no genuine dispute:

1. Plaintiff was employed as an elevator inspector with DCRA from 2001 until his termination on September 17, 2007. *See* Amended Complaint at 3, ¶5.

2. Plaintiff's employment with DCRA is governed by the Comprehensive Merit Personnel Act ("CMPA"), the District's personnel regulations, 6 DCMR § 1612, and the Collective Bargaining Agreement ('CBA") between DCRA and the American Federation of Government Employees. *See* Exh. 1, Notice of Personnel Action.

3. In addition to his employment with DCRA, plaintiff organized an elevator inspection consulting company and offered his services in Maryland and Virginia. *See* Amended Complaint at 3, ¶ 6.

4. On July 12, 2007, plaintiff was issued a Fifteen Day Advance Notice of Proposed Removal.  *See* Exh. 2.

5. On September 17, 2007, Acting Director Argo issued a final decision regarding the Fifteen

Day Advance Notice of Proposed Removal and terminated plaintiff's employment with DCRA. *See* Exh. 3.

6. Plaintiff's September 17, 2007, removal action is currently pending in arbitration. *See* Exh. 4.

7. Lisa Morgan was a former Director of DCRA.

8. Linda Argo is the current Director of DCRA.

9. Patrick Canavan is a former Director of DCRA

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

___/s/ Toni Michelle Jackson___
Toni Michelle Jackson [453765]
Chief, General Litigation Section III
Civil Litigation Division

__/s/  Kerslyn D. Featherstone_____
KERSLYN D. FEATHERSTONE [478758]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
P(202) 724-6600
F(202) 727-3625